# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Registration Number**
PA 1-698-357

Effective date of registration:
August 27, 2010

## Title
**Title of Work:** Corbin Fisher Amateur College Men Down On The Farm

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** August 26, 2010      **Nation of 1st Publication:** United States

## Author
**Author:** Liberty Media Holdings, LLC, dba Excelsior Productions
**Author Created:** entire motion picture, Artwork/Photographs
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Liberty Media Holdings, LLC, dba Excelsior Productions
302 Washington Street, STE 161, San Diego, CA, 92103, United States

## Rights and Permissions
**Organization Name:** Excelsior Media Corp
**Name:** Marc J Randazza, Esq
**Email:** copyright@excelsiormedia.com     **Telephone:** 888-267-2462
**Address:** 302 Washington Street
STE 321
San Diego, CA 92103 United States

## Certification
**Name:** Jason Gibson
**Date:** August 26, 2010
**Applicant's Tracking Number:** DVD-Down On The Farm

Page 1 of 1