Marc J. Randazza, Esq. SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113
305-437-7662 fax
mjr@randazza.com

Attorney for Plaintiff
LIBERTY MEDIA HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br>A California Corporation<br><br>  Plaintiff,<br><br>  vs.<br><br>SHANE PERKINS,<br><br>  Defendants | Case No. 11 CV 0654 AJB JMA<br><br>NOTICE OF SETTLEMENT<br>AND  DISMISSAL |

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice.

2.  As the defendant has neither served an answer nor a motion for summary judgment in this case, dismissal is proper at this time.

Dated: June 10, 2011          Respectfully submitted,

s/ Marc Randazza
Marc J. Randazza, SBN 269535
Randazza Legal Group
3969 Fourth Avenue, Suite 204
San Diego, CA 92103
888-667-1113, 305-437-7662 (fax)
mjr@randazza.com

**Certificate of Service**

I hereby certify that Plaintiff Liberty Media Holdings' the foregoing document was filed electronically using this Court's CM/ECF system on June 10, 2011.

Dated: June 10, 2011                           Respectfully submitted,

                                               s/ Marc Randazza
                                               Marc J. Randazza, SBN 269535
                                               Randazza Legal Group
                                               3969 Fourth Avenue, Suite 204
                                               San Diego, CA 92103
                                               888-667-1113, 305-437-7662 (fax)
                                               mjr@randazza.com