UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liberty Media Holding, LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Shane Perkins,<br><br>　　　　　　Defendant. | Case No.: 11cv654 AJB (JMA)<br><br>Order Denying As Moot Motion to Dismiss and Motion for Extension of Time<br><br>[Doc. Nos. 4 and 5] |

In light of the Notice of Settlement and Dismissal, [Doc. No. 6], filed by the Plaintiff on June 10, 2011, which seeks dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I) and the fact that the Defendant has neither served an answer nor a motion for summary judgment in this case, the Court finds the Plaintiff's request for dismissal to be proper at this time. Based upon the foregoing, the Defendants' motion to dismiss, [Doc. No. 4], and Plaintiff's request for extension of time, [Doc. No. 5], as hereby DENIED AS MOOT.

　　　　IT IS SO ORDERED.

DATED: June 13, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge